UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 NOV 17 AM 10: 51

CLERK
BY _____ EN
DEPUTY CLERK

VILMA NOEMI APARICIO-DERAS,    )
                              )
        Petitioner,            )
                              )
        v.                     )        Case No. 2:25-cv-726
                              )
JONATHAN TUREK ET. AL.,        )
                              )
        Respondents.           )
                              )

**ORDER**
**(Doc. 24)**

Upon consideration of the parties' Joint Motion to Dismiss, it is

    **HEREBY ORDERED** that the Petition for Habeas Corpus is **DISMISSED**.

    The Court shall retain jurisdiction to enforce the terms of the settlement agreement entered into

by Petitioner and Respondents David Wesling and Todd M. Lyons.

    SO ORDERED.

    Dated at Burlington, in the District of Vermont, this 17th day of November, 2025.

_____
Geoffrey W. Crawford, Judge
United States District Court